# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-1054

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Raw Smoke & Tobacco Inc., Hemal Kumar Patel and Hemlta Patel**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **RAW SMOKE & TOBACCO INC.**

PERSON SERVED: **RUTUL PATEL, OWNER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/03/2020 at 4:45 PM**

ADDRESS, CITY AND STATE: **2335 BODE RD, SCHAUMBURG, IL 60194**

DESCRIPTION: **Middle Eastern, Male, 40, 5'9", 160 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signed) Craig Palmer_

Craig Palmer, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_(signed) Joan C. Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0317**

Tracking #: **433251**