## AFFIDAVIT OF NON SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-1054

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Raw Smoke & Tobacco Inc., Hemal Kumar Patel and Hemlta Patel**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Hemal Kumar Patel**, at **2335 Bode Rd, Schaumburg, IL 60194**, with the **Summons & Complaint; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

04/03/2020   04:45 PM   - Address is a retail store Raw Smoke & Tobacco. I spoke with owner Rutul Patel. He told me defendants Hermal Kumar Patel and Hemita Patel do not work here or have any affiliation with this business. Rutul Patel told me the defendants where the previous owners. He said he bought the business Raw Smoke & Tobacco from defendants 18 months ago.

I declare under penalties of perjury that the information contained herein is true and correct.

_Craig Palmer_ (signature)

Craig Palmer, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_Joan C. Harenberg_ (signature)

NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0317**

Tracking #: **433250**